**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1192

CHRISTINA ALEXANDRIA TAYLOR-LOPER,

Plaintiff - Appellant,

v.

SAM'S CLUB/WALMART ASSOCIATES, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-cv-00361-M-RJ)

Submitted:  September 26, 2024                    Decided:  October 3, 2024

Before WILKINSON, AGEE, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christina Alexandria Taylor-Loper, Appellant Pro Se.  Jose Rodrigo Pocasangre, Winston-Salem, North Carolina, Shannon Sumerell Spainhour, CONSTANGY, BROOKS, SMITH & PROPHETE, LLP, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina Alexandria Taylor-Loper appeals the district court's order dismissing her complaint brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17.  The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1).  The magistrate judge recommended that the case be dismissed and advised Taylor-Loper that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance.  *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985).  Taylor-Loper has forfeited appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice.  Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2